FILED ___ LOD___
RECEIVED ___ COPY
JAN 1 8 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUT?

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BRETT JONES-THEOPHILIUS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA,<br><br>Defendant. | No. CV 00-605-TUC-RCC<br><br>**ORDER** |

Pending before the Court is Plaintiff's October 27, 2000 request to proceed in forma pauperis. In its December 19, 2000 Order, this Court ordered Plaintiff to file a formal motion to proceed in forma pauperis and the requisite supporting documents. On January 2, 2001 Plaintiff filed a Motion to Proceed In Forma Pauperis and a supporting financial affidavit. In screening Plaintiff's complaint pursuant to the in forma pauperis statute, this Court dismisses Plaintiff's complaint with prejudice.

When a party petitions the court to proceed in forma pauperis, the court may review the complaint sua sponte. 28 U.S.C. §1915(e). The court shall dismiss a case, at any time, if the court determines that the action fails to state a claim upon which relief may be

granted. 28 U.S.C. §1915(e)(2)(B)(ii). Under the Eleventh Amendment to the Constitution of the United States, a state or state agency may not be sued in federal court without its consent. *Pennhurst State School and Hosp. v. Halderman*, 465 U.S. 89, 100 (1984); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989). Furthermore, "a state is not a 'person' for purposes of 42 U.S.C. section 1983. *Gilbreath v. Cutter Biological, Inc.*, 931 F.2d 1320, 1327 (9th Cir. 1991) (citation omitted).

In his October 27, 2000 complaint, Plaintiff attempts to initiate a class action seeking injunctive relief and $64,000,000 in money damages against the State of Arizona. Plaintiff's complaint identifies the potential class as The United States Confined Citizens of the State of Arizona. In Plaintiff's complaint, the sole defendant is the State of Arizona. Although Plaintiff's complaint is not a model of clarity, from what the Court can discern, Plaintiff alleges violations of his Due Process rights and contends that the State of Arizona has unconstitutionally suspended the office of writ of habeas corpus. In order to bring these claims, Plaintiff would need to bring his complaint pursuant to 42 U.S.C. section 1983. However, as noted above, the State of Arizona is not a proper defendant under 42 U.S.C. section 1983 and is immune from suit under the Eleventh Amendment. Accordingly, the State of Arizona is not a proper Defendant to this action and therefore, Plaintiff has failed to state a claim upon which relief could be granted. In light of the fact the State of Arizona is the sole defendant and is immune from suit, this Court dismisses this action without leave to amend finding that any possible amendment would be futile.

**IT IS HEREBY ORDERED** that Defendant, the State of Arizona is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED WITH PREJUDICE** and the clerk of the court should enter judgment and close this case.

Dated this 16th day of January, 2001.

_____
RANER C. COLLINS
United States District Judge